UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELICIA POSEY,

    Plaintiff,

v.                                Case No.  8:08-cv-700-T-30MSS

CREDIT BUREAU OF NAPA COUNTY,
INC. d/b/a CHASE RECEIVABLES,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Order of Dismissal With Prejudice (Dkt. #7). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-700.dismissal 7.wpd